United States District Court
Southern District of Texas
**ENTERED**
October 07, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Emerson Ernesto Romero Mena, | § § § | |
| Plaintiff, | § § | |
| v | § § | Civil Action No. H-25-4110 |
| Kristi Noem, et al., | § § § | |
| Defendants. | § § | |

## ORDER OF DISMISSAL

On October 6, 2025, Plaintiff, Emerson Ernesto Romero Mena, filed a Notice of Voluntary Dismissal Without Prejudice (docket no. 13) stipulating, to the voluntary dismissal of this action as moot because Plaintiff has been released from custody, against all named Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Accordingly, this Court accepts the Notice and this action is hereby **DISMISSED WITHOUT PREJUDICE**.

Each party will bear its own costs.

**SIGNED** at Houston, Texas, on this 7th day of October, 2025.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE